# IN THE SUPREME COURT OF THE STATE OF NEVADA

CITY OF RENO, A MUNICIPAL CORPORATION OF THE STATE OF NEVADA,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE BARRY L. BRESLOW, DISTRICT JUDGE,
Respondents,
and
JEFFERY ALAN JOHNSON; JEFFERY ALAN JOHNSON, JR.; DONNA ROBINSON; DAVID "MIKE" WALLS; AND LINDA WALLS, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,
Real Parties in Interest.

No. 79918

FILED

DEC 1 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges district court orders certifying a class action and denying a motion to decertify the class.

Having considered the petition and supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted at this time. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). In particular, we are not persuaded that an appeal from an adverse final judgment would fail to

19-50426

provide petitioner with an adequate legal remedy. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted and that the right to appeal is an adequate legal remedy that may preclude writ relief). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Gibbons

_____, J.
Cadish

_____, Sr. J.
Douglas

cc:  Hon. Barry L. Breslow, District Judge
     Reno City Attorney
     Doyle Law Office, PLLC
     Luke A. Busby
     Washoe District Court Clerk

---

[1]The Honorable Michael Douglas, Senior Justice, participated in the decision of this matter under a general order of assignment.